

FILED
AUG 0 8 2025
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Certificate Number: 15725-TXN-CC-039955787



15725-TXN-CC-039955787

## CERTIFICATE OF COUNSELING

I CERTIFY that on August 7, 2025, at 4:51 o'clock PM EDT, Quintarius Mckinnie received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  August 7, 2025               By:     /s/Miguel Oswaldo Gonzalaz Garcia

                                    Name:   Miguel Oswaldo Gonzalaz Garcia

                                    Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).