

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2025**

**United States Bankruptcy Judge**

---

BTXN 107 (rev. 4/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Quintarius McKinnie | § | Case No.:  25−33026−sgj13 |
| | § | Chapter No.:  13 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, after review of the Debtor's application filed on 08/08/2025 ($0.00 initial payment, receipt #N/A) and Court records, hereby **DENIES** his/her request to pay the filing fee in installments. Court records show the Debtor failed to pay the filing fee in full on the following case(s):

| Case No. | File Date | Amount Outstanding |
|---|---|---|
| 24−32732 | 09/03/2024 | $338.00 |
| 24−32372 | 08/08/2024 | $338.00 |

It is, therefore **ORDERED** that within **nine** days of entry of this order, the Debtor(s) shall make payment of **$313.00** due in the pending case by money order or cashier's check to the

U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

and it is further

**ORDERED** that this case shall be **DISMISSED** without further notice to the debtor if the sum due in the current pending case is not paid in full by the **ninth** day after entry of this order. Failure to make the payment as required will be deemed to be a willful failure of the debtor to abide by an order of the court and the debtor will be ineligible for relief under title 11 for 180 days.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:                                                                    Case No. 25-33026-sgj

Quintarius McKinnie                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 18, 2025 | Form ID: pdf019 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: qkmckinnie@gmail.com | Aug 18 2025 21:27:00 | Quintarius McKinnie, 2022 N Beckley Ave. Apt. 1102, Dallas, TX 75208-2103 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 2