UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


FILED
AUG 21 2025
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:
Quintarius McKinnie, Debtor.
Case No. 25-33026-sgj
Chapter 13

MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN

TO THE HONORABLE STACEY G. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the Debtor, Quintarius McKinnie ("Debtor"), and respectfully moves this Court pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c) for entry of an order extending the deadline to file the remaining schedules, statements, and Chapter 13 plan. In support of this Motion, the Debtor would respectfully show the Court as follows:

1. The Debtor commenced this Chapter 13 case by filing a voluntary petition for relief on August 8, 2025.
2. Pursuant to Fed. R. Bankr. P. 1007(c), the Debtor is required to file all schedules, statements, and the Chapter 13 plan within 14 days of the petition date unless otherwise ordered by the Court.
3. The Debtor requires additional time to retain and consult with legal counsel to ensure that all required schedules, statements, and the Chapter 13 plan are accurately and properly prepared. Accordingly, the Debtor is unable to complete the required filings within the current deadline.
4. The Debtor requests a brief extension of 14 days from the current deadline to file the missing documents.
5. This request is made in good faith, is not interposed for purposes of delay, and will not prejudice creditors or the administration of this case.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an order granting an extension of 14 days to file all remaining required documents, and for such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Quintarius McKinnie