

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 26, 2025**

_____
United States Bankruptcy Judge

_____

BTXN 218 (rev. 07/17)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| Quintarius McKinnie § | Case No.: 25−33026−sgj13 |
| § | Chapter No.: 13 |
| Debtor(s) § | |

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

   The Court, after review of the Motion to extend deadline to file deficient document(s) (excluding credit counseling and creditor matrix) in the above−entitled and numbered case, finds that the Motion should be granted.

   **IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s), (excluding credit counseling and creditor matrix) in this case is extended to September 5, 2025.

# # # End of Order # # #