IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

**FILED**

AUG 2 7 2025

TDG

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:   Quitarius Mckinnie

Debtor

Case No.: 25-33026-sgj13

Chapter 13

## MOTION TO RECONSIDER DENIAL
## OF APPLICATION TO PAY FILING FEE IN INSTALLMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Quitarius Mckinnie, Debtor in the above-captioned case, and respectfully requests that the Court reconsider its Order dated August 17, 2025, denying Debtor's Application to Pay the Chapter 13 filing fee in installments. In support of this Motion, Debtor states as follows:

1. Debtor filed the current Chapter 13 petition on August 8, 2025.

2. On August 17, 2025, the Court denied Debtor's request to pay the filing fee in installments, citing prior unpaid filing fees in previous cases.

3. Debtor is currently unable to pay the full filing fee at this time and requests the Court's permission to pay in installments.

4. Debtor proposes to pay the $313 filing fee in four equal monthly installments of approximately $78.25 each, with the first installment due within 10 days of the Court's order granting this Motion.

5. Debtor is acting in good faith and intends to fully comply with all requirements of the Chapter 13 plan. Granting this Motion will allow Debtor to proceed with the bankruptcy case.

6. Pursuant to 28 U.S.C. § 1930, which permits the Court to allow payment of filing fees in installments "for cause shown," and the Court's authority under 11 U.S.C. § 105(a), Debtor respectfully requests reconsideration of the prior denial.

## ADDITIONAL SUPPORTING AUTHORITY

7. Federal Rule of Bankruptcy Procedure 1006(b)(1) expressly provides that a debtor may apply to pay the filing fee in installments when unable to pay in full at the time of filing.

8. Courts have generally recognized that the installment payment procedure is intended to ensure that debtors are not denied access to bankruptcy relief solely due to temporary financial hardship. See In re Moore, 362 B.R. 54 (Bankr. S.D. Ga. 2006) (installment payments permitted where debtor demonstrated good faith and inability to pay lump sum).

9. While the Court has noted Debtor's history of unpaid filing fees in prior cases, Debtor respectfully submits that such history should not preclude relief in this case. Debtor has proposed a clear and

specific plan to pay the $313 fee in four equal installments, and intends to comply fully with this Court's orders and the requirements of Chapter 13.

10. Denying installment payments in this case would effectively prevent Debtor from pursuing bankruptcy protection, contrary to the spirit and purpose of the Bankruptcy Code, which is to provide honest but unfortunate debtors a fair opportunity to reorganize and repay creditors.

WHEREFORE, Debtor respectfully requests that this Court:
a) Reconsider its Order denying the Application to Pay the Filing Fee in Installments; and
b) Allow Debtor to pay the Chapter 13 filing fee in four monthly installments of approximately $78.25 each, with the first installment due within 10 days of the Court's order granting this Motion.

Respectfully submitted,

Quitarius Mckinnie

Date: August 27, 2025