

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 3, 2025

United States Bankruptcy Judge

___

BTXN 081 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Quintarius McKinnie § Case No.: 25–33026–sgj13
 § Chapter No.: 13
 Debtor(s) §

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

The Debtor(s) was/were given notice that this case would be dismissed upon the failure to pay the filing fee as directed in the Order Denying Application to Pay Filing Fee in Installments. The Debtor(s) failed to adhere to that Order and $313.00 of the filing fee remains unpaid. It is therefore

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this order shall be deemed a bar to refiling for 180 days under 11 U.S.C. § 109(g)(1).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

# # # End of Order # # #