

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 2, 2025**

_____
United States Bankruptcy Judge

_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Quintarius McKinnie  §  Case No.: 25−33026−sgj13
  §  Chapter No.: 13
  Debtor(s)  §

## ORDER DENYING MOTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on August 27, 2025, Debtor Quintarius McKinnie filed a Motion to Reconsider ("Motion"), document number 15.

Subsequently,

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☐ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐ the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☑ Other : The debtor has not filed schedules.

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:  
Quintarius McKinnie  
    Debtor

Case No. 25-33026-sgj  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: qkmckinnie@gmail.com | Sep 03 2025 00:01:00 | Quintarius McKinnie, 2022 N Beckley Ave. Apt. 1102, Dallas, TX 75208-2103 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 2