

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 22, 2025**

_____
United States Bankruptcy Judge
_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33026-sgj13 |
| QUINTARIUS McKINNIE, | § | Chapter 13 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CASE [DE # 24]

On September 3, 2025, the court entered its *Order Dismissing Case for Failure to Pay Filing Fee* ("Dismissal Order") [DE # 18]. On September 18, 2025, the *pro se* debtor, Quintarius McKinnie (the "Debtor"), filed *Motion to Vacate Dismissal Order and Reinstate Case* (the "Motion"), DE # 24, in which he stated that he was prepared to tender the full filing fee and file his "schedules and forms," which had been due by September 5, 2025. The Debtor paid the Chapter 13 filing fee on September 18, 2025, but has not yet filed his schedules and other forms ("Schedules"). The court finds just cause exists to grant the Motion and that, upon reinstatement

of the case, the Debtor shall file his Schedules by September 27, 2025, failing which this case may be dismissed, again, with prejudice. Accordingly,

**IT IS ORDERED** that the Motion be, and hereby is, **GRANTED**, such that the court's Dismissal Order entered on September 3, 2025, is hereby **VACATED**, and the Debtor's chapter 13 case is hereby **REINSTATED**;

**IT IS FURTHER ORDERED** that the Debtor shall file his Schedules on or before September 27, 2025, and that, if the Debtor fails to timely file his Schedules, this case may be dismissed with prejudice.

**It is so ordered.**

**###END OF ORDER###**