

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 22, 2025**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33026-sgj13 |
| QUINTARIUS McKINNIE, | § | Chapter 13 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CASE [DE # 24]

On September 3, 2025, the court entered its *Order Dismissing Case for Failure to Pay Filing Fee* ("Dismissal Order") [DE # 18]. On September 18, 2025, the *pro se* debtor, Quintarius McKinnie (the "Debtor"), filed *Motion to Vacate Dismissal Order and Reinstate Case* (the "Motion"), DE # 24, in which he stated that he was prepared to tender the full filing fee and file his "schedules and forms," which had been due by September 5, 2025. The Debtor paid the Chapter 13 filing fee on September 18, 2025, but has not yet filed his schedules and other forms ("Schedules"). The court finds just cause exists to grant the Motion and that, upon reinstatement

of the case, the Debtor shall file his Schedules by September 27, 2025, failing which this case may be dismissed, again, with prejudice. Accordingly,

**IT IS ORDERED** that the Motion be, and hereby is, **GRANTED**, such that the court's Dismissal Order entered on September 3, 2025, is hereby **VACATED**, and the Debtor's chapter 13 case is hereby **REINSTATED**;

**IT IS FURTHER ORDERED** that the Debtor shall file his Schedules on or before September 27, 2025, and that, if the Debtor fails to timely file his Schedules, this case may be dismissed with prejudice.

**It is so ordered.**

###END OF ORDER###

United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 25-33026-sgj

Quintarius McKinnie                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 | User: admin | Page 1 of 2
---|---|---
Date Rcvd: Sep 22, 2025 | Form ID: pdf013 | Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 22719830 | | Ability Recovery LLC, P.O. Box 15127, Wilmington, DE 19850 |
| 22719826 | + | Bishop Arts JV LLC, 2022 N. Beckley Ave, Dallas, TX 75208-2377 |
| 22719829 | | Hunter Warfield, P.O. Box 1850, Springfield, MO 65801 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: qkmckinnie@gmail.com | Sep 22 2025 22:23:00 | Quintarius McKinnie, 2022 N Beckley Ave. Apt. 1102, Dallas, TX 75208-2103 |
| 22719827 | + | Email/Text: studentaccounts@wgu.edu | Sep 22 2025 22:24:00 | Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, UT 84107-2533 |
| 22719828 | + | Email/Text: ebn@wfcorp.com | Sep 22 2025 22:24:00 | Williams & Fudge, Inc., P.O. Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Powers | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf013 | Total Noticed: 6 |

        cmecf@dallasch13.com

United States Trustee
        ustpregion06.da.ecf@usdoj.gov

TOTAL: 2