9-26-2025

Case No.2533026-sgj13

Copies of employee record / statement of currently monthly income

I recently started an independent contractor business on September 19,
2025. Work has been completed and invoices have been issued; however,
payment has not yet been received as of the date of this filing. No employee
income records exist. My current monthly income is $0. I have around $2000
currently.I will provide updated income information and supporting
documentation once payments are received."

**FILED**

SEP 2 6 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS