## J. UNSECURED CREDITORS:

| CREDITOR | SCHEDULED AMT | COMMENT |
|---|---|---|
| Ability Recovery LLC<br>P.O. Box 15127<br>Wilmington, DE 19850 | 985 | **Debt collector - General unsecured claim** |
| Western Governors University<br>4001 South 700 East, Suite 700<br>Salt Lake City, UT 84107 | 1225 | **Tuition debt - General unsecured claim** |
| Hunter Warfield<br>P.O. Box 1850<br>Springfield, MO 65801 | 431 | **Debt collector - General unsecured claim** |
| Total | $2,641 | |

## K. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| § 365 PARTY | ASSUME/REJECT | CURE AMOUNT | TERM (APPROXIMATE) (MONTHS 1 to 12) | TREATMENT |
|---|---|---|---|---|
| Bishop Arts JV LLC<br>2022 N Beckley Ave, Dallas, TX 75208 | ASSUME | 12,000 | $200 per month<br><br>(Cure rental arrearages) | Residential Lease for Unit 1102 |

*[Signature]*
9-26-25