Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                                                          CASE NO:  25-33026-SGJ-13
**QUINTARIUS MCKINNIE**
           **DEBTOR**

---

**TRUSTEE'S OBJECTION TO CONFIRMATION**

---

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

  - Debtor is delinquent on Plan payments.

The Plan does not provide treatment for any creditors, was not served on any parties and does not provide for a payment within 30 days of filing.

The Trustee asserts that the Debtor has not complied with 11 U.S.C. Sections 1325(a)(9) and 1308. In this regard, the Trustee would show:

  - Debtor has not provided to the Trustee the tax forms for 2023 and 2024.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

>  Respectfully submitted,
>  THOMAS D. POWERS, CHAPTER 13 TRUSTEE
>
>  By: /s/ Thomas D. Powers
>  ---
>  Thomas D. Powers
>  State Bar No. 16218700
>  5601 Executive Dr.
>  Suite 300
>  Irving, TX  75038
>  (214) 855-9200
>  Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 2**
**Case # 25-33026-SGJ-13**
**QUINTARIUS MCKINNIE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service.

**Debtor:** QUINTARIUS MCKINNIE, 2022 N BECKLEY AVE APT 1102, DALLAS, TX 75208

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: September 30, 2025          By: /s/ Tom Powers