Robert E. Bone
Texas State Bar No. 00796227
O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, Texas 77057
Telephone: (713) 647-7511, Ext. 23
Facsimile No. (713) 647-7512
ATTORNEYS FOR MOVANT
BISHOP ARTS PROPERTY OWNER, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | 25-33026-sgj13 |
| QUINTARIUS MCKINNIE | § | (Chapter 13) |
| | § | |
| | § | |
| Debtor | § | |

___

**NOTICE OF APPEARANCE FOR BISHOP ARTS PROPERTY OWNER, LLC
AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**
___

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT **BISHOP ARTS PROPERTY OWNER, LLC** hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1 ), **BISHOP ARTS PROPERTY OWNER, LLC** hereby requests that:

(i)    all notices given or required to be given in the case; and

(ii)   all pleadings and correspondence served or required to be served in this case,

regarding **BISHOP ARTS PROPERTY OWNER, LLC** should be directed to Robert E. Bone and the firm of O'Conor, Mason & Bone PC at the following mailing address effective immediately:

NOTICE OF APPEARANCE OF BISHOP ARTS PROPERTY OWNER, LLC
AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002........................................... Page 1 of 4

Mr. Robert E. Bone
O'Conor, Mason & Bone, P.C.
1616 S. Voss Road, Suite 200
Houston, Texas 77055

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

DATED: October 6, 2025                                  Respectfully Submitted,

**O'CONOR, MASON & BONE, P.C.**

By: */S/ Robert E Bone*
    **ROBERT E. BONE**
    State Bar No. 00796227
    1616 S. Voss, Suite 200
    Houston, Texas 77057
    Phone: (713) 647-7511, Ext. 23
    Fax: (713) 647-7512
    bone@ombtxlaw.com

**ATTORNEYS FOR BISHOP ARTS PROPERTY OWNER, LLC (LANDLORD)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2025 a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served in accordance with the Federal Rules of Bankruptcy Procedure (i) electronically upon all registered ECF Users who has appeared in this case.  Please refer further to Movant's **Service Exhibit "1"**.

                              */s/ Robert E. Bone*
                              **ROBERT E. BONE**

# SERVICE EXHIBIT "1"

| | |
|---|---:|
| Quintarius McKinnie<br>2022 N. Beckley Avenue<br>Apartment No. 1102<br>Dallas, Texas 75208<br>**Debtor** | **Debtor** *Pro Se*<br>*Via First Class Mail*<br>*and Via Scan and E-Mail* |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202 | **United States Trustee**<br>*Via ECF* |
| Thomas Powers<br>5601 Executive Dr.<br>Suite 300<br>Irving, TX 75038 | **Trustee**<br>*Via ECF* |