**Resident Ledger**

**BRIDGE PROPERTY MANAGEMENT**

Date: 10/06/2025

**CASE NO. 25-33026**
**IN RE: QUINTARIUS MCKINNIE**
**Movant's Motion to Lift Stay**
**EXHIBIT "B"**

| Code | t0354338 | | Property | z0300901 | Lease From | 10/16/2024 |
|---|---|---|---|---|---|---|
| Name | Quintarius McKinnie | | Unit | 1102 | Lease To | 01/15/2026 |
| Address | 2022 N Beckley Avenue Unit# 102 | | Status | Eviction | Move In | 10/16/2024 |
| | | | Rent | 1805.00 | Move Out | 10/31/2025 |
| City | Dallas, TX 75208 | | Phone (H) | | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 10/09/2024 | app | Application Fee (Quintarius McKinnie) | 65.00 | | 65.00 | 34974550 |
| 10/09/2024 | ccfee | Convenience Fee for Receipt Ctrl #13106140 | 1.46 | | 66.46 | 34974551 |
| 10/09/2024 | | chk# 261277999 Credit Card On-Line Payment ; Mobile Web - Online Leasing | | 66.46 | 0.00 | 13106140 |
| 10/16/2024 | holddep | Holding Deposit | 200.00 | | 200.00 | 35002846 |
| 10/16/2024 | | chk# 18972429 Rent, Order ID 768298859 | | 1,000.00 | (800.00) | 13129193 |
| 10/16/2024 | | chk# 18972434 Rent, Order ID 831763390 | | 1,000.00 | (1,800.00) | 13129194 |
| 10/16/2024 | | chk# 18972464 Rent, Order ID 937354271 | | 878.00 | (2,678.00) | 13129195 |
| 10/18/2024 | rent | Rent for 14 days | 931.61 | | (1,746.39) | 35006183 |
| 10/18/2024 | dep | Secuity Deposit | 1,805.00 | | 58.61 | 35006184 |
| 10/18/2024 | leaseful | Lease Fulfillment for 14 days | 3.73 | | 62.34 | 35006185 |
| 10/18/2024 | stressfr | Stress Free Move | 200.00 | | 262.34 | 35006186 |
| 10/18/2024 | media | Media Package for 14 days | 54.19 | | 316.53 | 35006187 |
| 10/18/2024 | admin | Administration Fee | 200.00 | | 516.53 | 35006188 |
| 10/18/2024 | holddep | Holding Deposit | (200.00) | | 316.53 | 35006189 |
| 10/22/2024 | | chk# 18992149 Rent, Order ID 641416244 | | 316.53 | 0.00 | 13180519 |
| 11/01/2024 | bcp | RentPlus for 11/01/24-11/30/24 | 5.95 | | 5.95 | 35094324 |
| 11/01/2024 | rent | Rent (11/2024) | 1,805.00 | | 1,810.95 | 35433787 |
| 11/01/2024 | leaseful | Lease Fulfillment (11/2024) | 8.25 | | 1,819.20 | 35433788 |
| 11/01/2024 | media | Media Package (11/2024) | 120.00 | | 1,939.20 | 35433789 |
| 11/03/2024 | | chk# 19192734 Rent, Order ID 800845571 | | 1,939.20 | 0.00 | 13262216 |
| 12/01/2024 | bcp | RentPlus for 12/01/24-12/31/24 | 5.95 | | 5.95 | 35838155 |
| 12/01/2024 | rent | Rent (12/2024) | 1,805.00 | | 1,810.95 | 36223397 |
| 12/01/2024 | leaseful | Lease Fulfillment (12/2024) | 8.25 | | 1,819.20 | 36223399 |
| 12/01/2024 | media | Media Package (12/2024) | 120.00 | | 1,939.20 | 36223400 |
| 12/03/2024 | rent | concession applied incorrectly | 1,805.00 | | 3,744.20 | 36355061 |
| 12/03/2024 | rent | Reverse Rent Charged In Error | (1,805.00) | | 1,939.20 | 36467225 |
| 12/04/2024 | late | Late Fee, 10% of $1805.00 | 180.50 | | 2,119.70 | 36487012 |
| 12/06/2024 | | chk# 19709544 Rent, Order ID 742427275 | | 1,939.20 | 180.50 | 13495133 |
| 01/01/2025 | rentfree | concession for January 2025 :Reversed by Charge Ctrl# 36467226 | (1,805.00) | | (1,624.50) | 36355050 |
| 01/01/2025 | rentfree | :Reverse Charge Ctrl#36355050 Can't Post to Future Month | 1,805.00 | | 180.50 | 36467226 |
| 01/01/2025 | bcp | RentPlus for 01/01/25-01/31/25 | 5.95 | | 186.45 | 36526793 |
| 01/01/2025 | rent | Rent (01/2025) | 1,805.00 | | 1,991.45 | 36872955 |
| 01/01/2025 | rentfree | Rent Concession-Move In (01/2025) | (1,805.00) | | 186.45 | 36872956 |
| 01/01/2025 | leaseful | Lease Fulfillment (01/2025) | 8.25 | | 194.70 | 36872957 |
| 01/01/2025 | media | Media Package (01/2025) | 120.00 | | 314.70 | 36872958 |
| 01/03/2025 | late | late fee removed as a courtesy | (180.50) | | 134.20 | 37016899 |
| 01/03/2025 | | chk# 20001836 Rent, Order ID 890092092 | | 314.70 | (180.50) | 13652890 |
| 01/31/2025 | rentfree | Concession for Feb 2025 | (1,805.00) | | (1,985.50) | 37655047 |
| 02/01/2025 | bcp | RentPlus for 02/01/25-02/28/25 | 5.95 | | (1,979.55) | 37160963 |
| 02/01/2025 | rent | Rent (02/2025) | 1,805.00 | | (174.55) | 37533547 |
| 02/01/2025 | leaseful | Lease Fulfillment (02/2025) | 8.25 | | (166.30) | 37533548 |
| 02/01/2025 | media | Media Package (02/2025) | 120.00 | | (46.30) | 37533549 |
| 02/01/2025 | pest | Pest Control - 10/16/24-11/29/24 | 7.38 | | (38.92) | 37658558 |
| 02/01/2025 | trash | Trash Income - 10/16/24-11/29/24 | 18.30 | | (20.62) | 37658559 |
| 03/01/2025 | rent | Rent (03/2025) | 1,805.00 | | 1,784.38 | 38270593 |
| 03/01/2025 | insure | Bridge Risk Liability (03/2025) | 12.00 | | 1,796.38 | 38270594 |

| Date | Type | Description | Amount | | Balance | Ref |
|---|---|---|---|---|---|---|
| 03/01/2025 | leaseful | Lease Fulfillment (03/2025) | 8.25 | | 1,804.63 | 38270595 |
| 03/01/2025 | media | Media Package (03/2025) | 120.00 | | 1,924.63 | 38270596 |
| 03/01/2025 | bcp | RentPlus for 03/01/25-03/31/25 | 5.95 | | 1,930.58 | 38287826 |
| 03/01/2025 | sewer | Sewer Income - 11/29/24-01/02/25 | 4.34 | | 1,934.92 | 38304811 |
| 03/01/2025 | trash | Trash Income - 11/29/24-01/02/25 | 23.76 | | 1,958.68 | 38304813 |
| 03/01/2025 | water | Water Income - 11/29/24-01/02/25 | 4.69 | | 1,963.37 | 38304815 |
| 03/01/2025 | water | Water Income - 10/16/24-01/02/25 | 0.81 | | 1,964.18 | 38304817 |
| 03/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 2,144.68 | 38333096 |
| 04/01/2025 | bcp | RentPlus for 04/01/25-04/30/25 | 5.95 | | 2,150.63 | 38501928 |
| 04/01/2025 | rent | Rent (04/2025) | 1,805.00 | | 3,955.63 | 38861052 |
| 04/01/2025 | insure | Bridge Risk Liability (04/2025) | 12.00 | | 3,967.63 | 38861053 |
| 04/01/2025 | leaseful | Lease Fulfillment (04/2025) | 8.25 | | 3,975.88 | 38861055 |
| 04/01/2025 | media | Media Package (04/2025) | 120.00 | | 4,095.88 | 38861056 |
| 04/01/2025 | sewer | Sewer Income - 01/02/25-02/04/25 | 1.24 | | 4,097.12 | 38999497 |
| 04/01/2025 | sewer | Sewer Income - 10/16/24-10/25/24 | 0.28 | | 4,097.40 | 38999498 |
| 04/01/2025 | trash | Trash Income - 01/02/25-02/04/25 | 10.69 | | 4,108.09 | 38999499 |
| 04/01/2025 | water | Water Income - 01/02/25-02/04/25 | 1.39 | | 4,109.48 | 38999500 |
| 04/01/2025 | water | Water Income - 10/16/24-02/04/25 | 0.29 | | 4,109.77 | 38999502 |
| 04/01/2025 | water | Water Income - 10/16/24-10/25/24 | 0.33 | | 4,110.10 | 38999503 |
| 04/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 4,290.60 | 39030753 |
| 05/01/2025 | bcp | RentPlus for 05/01/25-05/31/25 | 5.95 | | 4,296.55 | 39178761 |
| 05/01/2025 | rent | Rent (05/2025) | 1,805.00 | | 6,101.55 | 39542361 |
| 05/01/2025 | insure | Bridge Risk Liability (05/2025) | 12.00 | | 6,113.55 | 39542362 |
| 05/01/2025 | leaseful | Lease Fulfillment (05/2025) | 8.25 | | 6,121.80 | 39542363 |
| 05/01/2025 | media | Media Package (05/2025) | 120.00 | | 6,241.80 | 39542364 |
| 05/01/2025 | sewer | Sewer Income - 02/04/25-03/04/25 | 1.96 | | 6,243.76 | 39568622 |
| 05/01/2025 | sewer | Sewer Income - 10/25/24-11/29/24 | 0.83 | | 6,244.59 | 39568624 |
| 05/01/2025 | trash | Trash Income - 02/04/25-03/04/25 | 18.47 | | 6,263.06 | 39568626 |
| 05/01/2025 | water | Water Income - 10/25/24-11/29/24 | 0.97 | | 6,264.03 | 39568629 |
| 05/01/2025 | water | Water Income - 02/04/25-03/04/25 | 2.15 | | 6,266.18 | 39568631 |
| 05/01/2025 | water | Water Income - 10/25/24-03/04/25 | 0.53 | | 6,266.71 | 39568633 |
| 05/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 6,447.21 | 39699398 |
| 06/01/2025 | sewer | Sewer Income - 03/04/25-04/01/25 | 2.47 | | 6,449.68 | 40221808 |
| 06/01/2025 | trash | Trash Income - 03/04/25-04/01/25 | 15.64 | | 6,465.32 | 40221809 |
| 06/01/2025 | water | Water Income - 03/04/25-04/01/25 | 3.17 | | 6,468.49 | 40221811 |
| 06/01/2025 | rent | 06/2025 | 1,805.00 | | 8,273.49 | 40378322 |
| 07/01/2025 | rent | Rent (07/2025) | 1,805.00 | | 10,078.49 | 40882641 |
| 07/01/2025 | insure | Bridge Risk Liability (07/2025) | 12.00 | | 10,090.49 | 40882642 |
| 07/01/2025 | leaseful | Lease Fulfillment (07/2025) | 8.25 | | 10,098.74 | 40882643 |
| 07/01/2025 | media | Media Package (07/2025) | 120.00 | | 10,218.74 | 40882644 |
| 07/01/2025 | sewer | Sewer Income - 04/01/25-05/02/25 | 2.98 | | 10,221.72 | 40891744 |
| 07/01/2025 | trash | Trash Income - 04/01/25-05/02/25 | 15.70 | | 10,237.42 | 40891745 |
| 07/01/2025 | water | Water Income - 04/01/25-05/02/25 | 3.82 | | 10,241.24 | 40891747 |
| 07/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 10,421.74 | 41062002 |
| 08/01/2025 | rent | Rent (08/2025) | 1,805.00 | | 12,226.74 | 41585895 |
| 08/01/2025 | insure | Bridge Risk Liability (08/2025) | 12.00 | | 12,238.74 | 41585896 |
| 08/01/2025 | leaseful | Lease Fulfillment (08/2025) | 8.25 | | 12,246.99 | 41585898 |
| 08/01/2025 | media | Media Package (08/2025) | 120.00 | | 12,366.99 | 41585899 |
| 08/01/2025 | sewer | Sewer Income - 05/02/25-05/31/25 | 2.57 | | 12,369.56 | 41591867 |
| 08/01/2025 | trash | Trash Income - 05/02/25-05/31/25 | 25.19 | | 12,394.75 | 41591868 |
| 08/01/2025 | water | Water Income - 05/02/25-05/31/25 | 3.31 | | 12,398.06 | 41591869 |
| 08/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 12,578.56 | 41746604 |
| 09/01/2025 | rent | Rent (09/2025) | 1,805.00 | | 14,383.56 | 42115245 |
| 09/01/2025 | leaseful | Lease Fulfillment (09/2025) | 8.25 | | 14,391.81 | 42115246 |
| 09/01/2025 | media | Media Package (09/2025) | 120.00 | | 14,511.81 | 42115247 |
| 09/01/2025 | insure | Bridge Risk Liability (09/2025) | 12.00 | | 14,523.81 | 42115248 |
| 09/01/2025 | sewer | Sewer Income - 05/31/25-07/07/25 | 3.70 | | 14,527.51 | 42283690 |
| 09/01/2025 | trash | Trash Income - 05/31/25-07/07/25 | 18.06 | | 14,545.57 | 42283691 |
| 09/01/2025 | water | Water Income - 05/31/25-07/07/25 | 4.71 | | 14,550.28 | 42283692 |
| 09/04/2025 | late | Late Fee, 10% of $1805.00 | 180.50 | | 14,730.78 | 42436309 |
| 10/01/2025 | sewer | Sewer Income - 07/07/25-08/02/25 | 2.93 | | 14,733.71 | 43128303 |
| 10/01/2025 | trash | Trash Income - 07/07/25-08/02/25 | 20.58 | | 14,754.29 | 43128306 |

| Date | Type | Description | Amount | Balance | Ref |
|---|---|---|---|---|---|
| 10/01/2025 | util | Trash Income - 07/07/25-08/02/25 | 3.00 | 14,757.29 | 43128309 |
| 10/01/2025 | sewer | Sewer Income - 07/07/25-08/02/25 | 5.75 | 14,763.04 | 43128311 |