Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0756  (Fax)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**IN RE:**                                                                          **CASE NO:**  25-33026-SGJ-13
QUINTARIUS MCKINNIE
          DEBTOR

### NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO MAKE THE FIRST PAYMENT DUE TO THE TRUSTEE

The Trustee hereby **WITHDRAWS** the **Trustee's Notice of Intent to Dismiss Case  filed on 09/25/2025**, without prejudice to refiling the same.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700