OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE:**                                                         **Case No:   25-33026-SGJ-13**
**QUINTARIUS MCKINNIE**
       **Debtor**

# OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$425.00**. Plan payments are currently $225.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 11/3/2025 on the parties listed below by United States First Class Mail or via electronic mail:

   Debtor:     QUINTARIUS MCKINNIE, 2022 N BECKLEY AVE APT 1102, DALLAS, TX  75208

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

Dated: _____11/03/2025_____     By: _/s/ Thomas D. Powers_____

Thomas D. Powers