Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                                                                 CASE NO: 25-33026-SGJ-13
**QUINTARIUS MCKINNIE**
            **DEBTOR**

### TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The 341 Meeting of Creditors has not been concluded.

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.

The Plan does not provide treatment for any creditors, was not served on any parties and does not provide for a payment within 30 days of filing.

The Trustee asserts that the Debtor has not complied with 11 U.S.C. Sections 1325(a)(9) and 1308. In this regard, the Trustee would show:

- Debtor has not provided to the Trustee the tax forms for 2023 and 2024.

Amount(s) listed on Page 1 of plan for UCP, ACP, or Non-exempt property is blank do not match amount(s) listed in section 1 which shows $9,312.00, 24, and $0.00.
Section A. lists the First Payment due date as 11/1/2025 when it should be 9/7/2025.
Section A. lists the ACP as 24 months when it should be 60 months.
The Plan does not list any creditors even though there are creditors listed on Schedules E/F and G.
There is no Mailing Matrix provided with the Certificate of Service.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                                         Respectfully submitted,
                                                                         THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                                         By: /s/ Tara Tankersley

**Trustee's Amended Objection To Confirmation, Page 2**
**Case # 25-33026-SGJ-13**
**QUINTARIUS MCKINNIE**

Tara Tankersley
State Bar No. 19636900
Attorney For Tom Powers
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200
Fax: (214) 965-0758

**Trustee's Amended Objection To Confirmation, Page 3**
**Case # 25-33026-SGJ-13**
**QUINTARIUS MCKINNIE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Amended Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service.

Debtor:    QUINTARIUS MCKINNIE, 2022 N BECKLEY AVE APT 1102, DALLAS, TX  75208

Creditor(s):  OConor Mason AND Bone PC, 1616 S VOSS STE 200, HOUSTON, TX  77057

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  November 04, 2025                              By:  /s/ Tara Tankersley