

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 12, 2025**

_____
United States Bankruptcy Judge

_____

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:  
QUINTARIUS MCKINNIE  
        Debtor

Case No. 25-33026-SGJ-13

---

**Order Dismissing Chapter 13 Case Without Prejudice Pursuant to TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL**

---

On November 06, 2025, came to be heard Trustee's 17 Day Notice of Intent to Certify Chapter 13 Case for Dismissal.  It appears to the Court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled.  It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS THEREFORE, ORDERED** that the above case be, and hereby is **DISMISSED, WITHOUT PREJUDICE;**

 **IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. Section 1326 (a) (2) or applicable Standing Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to Standing Order 2023-04, Page 2
25-33026-SGJ-13
QUINTARIUS MCKINNIE

**IT IS FURTHER ORDERED**, that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

### End of Order ###

Approved:   /s/ Thomas D. Powers
               Thomas D. Powers, Trustee
               State Bar # 16218700
               Office of the Standing Chapter 13 Trustee
               5601 Executive Dr.
               Suite 300
               Irving, TX  75038
               (214) 855-9200 / (214) 965-0757  (Fax)